# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DOUGLAS BLUME,**

    Plaintiff,

  -vs-

    Case No. 15-C-174

**CAROLYN COLVIN, Acting Commissioner
of the Social Security Administration,**

    Defendant.

## DECISION AND ORDER

This matter comes before the Court on Douglas Blume's motion for leave to proceed *in forma pauperis* on appeal from the denial of his application for social security disability benefits. Under the section that states "Average monthly income during the past 12 months," Blume states $8,500.00. The Court takes this to be a mistake – in the next section, Blume states that he expects to make $700 next month, suggesting that Blume listed his total income from the past 12 months, not monthly income. The Court doubts that someone applying for disability benefits is earning a six-figure salary.

With that understanding, Blume's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Blume's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of March, 2015.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**